UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

IDALIA GUERRERO,

                Petitioner,

v.

THOMAS DECKER, *et al.*,

                Respondents.

19-CV-8092 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 1, 2019, the Court denied Petitioner's habeas petition. On November 29, Petitioner filed a motion to alter the judgment pursuant to Federal Rule of Civil Procedure 59(e) based on newly-available evidence. No later than December 16, 2019, Respondents shall respond to Petitioner's present motion.

SO ORDERED.

Dated:     December 2, 2019
             New York, New York

Ronnie Abrams
United States District Judge