USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDALIA GUERRERO,

          Petitioner,

v.

THOMAS DECKER, *et al.*,

          Respondents.

19-CV-8092 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's conference, the Government is ordered to provide Petitioner with a bond hearing no later than March 20, 2020. The bond hearing should be held in accordance with the procedures described by the Court at today's conference. No later than March 31, 2020, Petitioner shall file a letter updating the Court on the bond hearing and any other developments in the case.

Petitioner's motion for reconsideration, Dkt. 18, is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 18.

SO ORDERED.

Dated:     March 11, 2020
             New York, New York

                                Ronnie Abrams
                                United States District Judge